UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE LEADMON,                          Case No.  20-cv-11482

       Plaintiff,                          Honorable Sean F. Cox

v.                                                       Magistrate R. Steven Whalen

THE AUTO CLUB, d/b/a THE
MACOMB GENERAL AGENCY,
and THE AUTO CLUB GROUP,

       Defendants.
_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on stipulation of the parties; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice and without an award of costs or attorney's fees to any party.

IT IS SO ORDERED.

Dated: December 22, 2020            s/Sean F. Cox
                                                   Sean F. Cox
                                                   U. S. District Judge

Stipulated as to form and substance:

| BATEY LAW FIRM, PLLC | KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C. |
|---|---|
| By:/s/ *Scott Batey(w/ permission)* <br> Scott P. Batey (P54711) <br> Attorney for Plaintiff <br> 30200 Telegraph Road <br> Suite 400 <br> Bingham Farms, MI 48025 <br> (248) 540-6800 <br> sbatey@bateylaw.com | By: /s/ *Ryan D. Bohannon* <br> Ryan D. Bohannon (P73394) <br> Attorneys for Defendants <br> 280 N. Old Woodward Ave., Ste. 400 <br> Birmingham, MI  48009 <br> (248) 645-0000 <br> rbohannon@khvpf.com |
| Date:  December 11, 2020 | Date:  December 11, 2020 |